NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UMBANET, INC.,**
*Plaintiff-Appellant*

**v.**

**EPSILON DATA MANAGEMENT, LLC,**
*Defendant-Appellee*

———————————

2017-2556

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00682-JRG, Judge J. Rodney Gilstrap.

———————————

## JUDGMENT

———————————

BRIAN BECK, Spence, P.C., Chicago, IL, argued for plaintiff-appellant. Also represented by WILLIAM CORY SPENCE.

PRATIK A. SHAH, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, DC, argued for defendant-appellee. Also represented by ZE-WEN JULIUS CHEN; CHARLES EVERINGHAM, IV, Longview, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2018          /s/ Peter R. Marksteiner
     Date             Peter R. Marksteiner
                          Clerk of Court